UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYANT LUMPKIN,

    Plaintiff,

v.                                        Case No. 8:25-cv-436-TPB-CPT

STATE OF FLORIDA, SIXTH JUDICIAL
CIRCUIT COURT, et al.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S "EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (TRO) & PRELIMINARY INJUNCTION"**

This matter is before the Court on Plaintiff's "Emergency Motion for Temporary Restraining Order (TRO) & Preliminary Injunction," filed on February 24, 2025. (Doc. 1). After reviewing the motion, court file, and the record, the Court finds as follows:

Plaintiff Bryant Lumpkin, proceeding *pro se* in this matter, alleges that he faces immediate eviction in violation of his due process rights protected by the United States Constitution. He seeks a temporary restraining order to prevent his removal from his residence.

A district court is authorized to issue a temporary restraining order without notice to the adverse party only in limited emergency circumstances. *See* Fed. R. Civ. P. 65(b); M.D. Fla. Local Rule 6.01. A motion seeking a temporary restraining order must be supported by allegations of specific facts shown in the verified complaint or accompanying affidavits, not only that the moving party is threatened

with irreparable injury, but that such injury is so imminent that notice and a hearing on the application for preliminary injunction is impractical.

Plaintiff has failed to plead or demonstrate that notice and a hearing on the motion is impractical. Plaintiff does not detail sufficient efforts made to give notice of the TRO motion to Defendants, and Plaintiff does not provide any reason why notice should not be required. Absent a showing of emergency, the Court is not able to address Plaintiff's allegations without input from Defendants.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1)   Plaintiff's "Emergency Motion for Temporary Restraining Order (TRO) & Preliminary Injunction" (Doc. 1) is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of February, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE